OPINION — AG — ** MUNICIPALITY — TAX — OCCUPATIONS, PROFESSIONS ** AN INCORPORATED CITY OR TOWN PURSUANT TO 68 O.S. 2701 [68-2701] MAY `NOT' ENACT AN ORDINANCE IMPOSING A LICENSE TAX ON OCCUPATIONS AND PROFESSIONS NOT SPECIFICALLY MENTIONED IN 11 O.S. 22-106 [11-22-106](A) (SKILLS, OCCUPATIONS NOT LISTED IN ORDINANCES, STATUTORY CONSTRUCTION, LICENSE TAX, MUNICIPAL POWER, AUTHORITY, EXEMPTIONS) CIT: 68 O.S. 2701 [68-2701], 11 O.S. 22-106 [11-22-106](A) (JOHN D. ROTHMAN) ** SEE: OPINION NO. 87-112 (1988) ** ** SEE OPINION NO. 92-612 (1992) ** SEE OPINION NO. 92-612 (1993)